UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HATRA VOGHOUEI, et al. | ) |
| Plaintiffs, | ) |
| v. | ) |
| SECRETARY OF HOMELAND SECURITY, et al., | ) |
| Defendants. | ) |

Civil Action No. 25-1893 (PLF)

### ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendants' Motion to Dismiss [Dkt. No. 37] is GRANTED; it is

FURTHER ORDERED that plaintiffs' Petition for Writ of Mandamus and

Complaint for Declaratory and Injunctive Relief [Dkt. Nos. 1, 10] is DISMISSED; and it is

FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE

pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 5|15|26